UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WENDY WOODWARD,

    Plaintiff,

    v.

COUNTY OF ALAMEDA, et al.,

    Defendants.

Case No. 15-cv-01273-JSC

**ORDER TO SHOW CAUSE RE: PLAINTIFF'S ADDRESS**

Plaintiff Wendy Woodward filed this civil rights action on March 18, 2015. (Dkt. No. 1.) Although the Court has sent notices to Plaintiff she has not responded and the last such notice was returned as undeliverable with no forwarding address available. (Dkt. Nos. 3, 4, 5.) Plaintiff is responsible for promptly notifying the Court of any address changes and failure to do so may result in dismissal of her complaint. *See* N.D. Cal. Civ. R. 3-1. Accordingly, **Plaintiff shall provide the Court with her updated address by July 14, 2015.** Failure to do so may result in the dismissal of this action for failure to prosecute. *See* Fed. R. Civ. P. 41(b); N.D. Cal. Civ. R. 3-1(b)(1).

The Initial Case Management Conference scheduled for June 25, 2015 is VACATED.

**IT IS SO ORDERED.**

Dated: June 22, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge