UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY WOODWARD,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>        Defendants. | Case No.  15-cv-01273-HSG<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The case management conference previously scheduled for August 18, 2015, is continued to October 20, 2015.  The case management conference will be held at 2:00 p.m. in Courtroom 15, 18th Floor, 450 Golden Gate Avenue, San Francisco.  The parties shall file case management statements on or before October 13, 2015.

**IT IS SO ORDERED.**

Dated: 8/14/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge