UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WENDY WOODWARD,

    Plaintiff,

    v.

COUNTY OF ALAMEDA, et al.,

    Defendants.

Case No. 15-cv-01273-HSG (EDL)

**ORDER APPOINTING COUNSEL**

Because Plaintiff is in need of counsel to assist her in this matter and volunteer attorneys are willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Dominique Alepin and Edward Johnson, Mayer Brown LLP, 3000 El Camino Real, Palo Alto, CA 94306 are hereby appointed as counsel for Plaintiff in this matter. The scope of this referral shall be for the limited purpose of representing the litigant in the course of the settlement conference. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

**IT IS SO ORDERED.**

Dated: November 17, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge