1   Edward D. Johnson, SBN 189475
2   *wjohnson@mayerbrown.com*
    Dominique Chantale Alepin, SBN 241648
3   *dalepin@mayerbrown.com*
    MAYER BROWN LLP
4   Two Palo Alto Square
    Suite 300
5   3000 El Camino Real
    Palo Alto, California  94306-2112
6   Telephone: (650) 331-2000
    Facsimile:  (650) 331-2060
7
8   Attorneys for Plaintiff (Settlement Purposes)
    WENDY WOODWARD
9

10                   **UNITED STATES DISTRICT COURT**

11                  **NORTHERN DISTRICT OF CALIFORNIA**

12                       **SAN FRANCISCO DIVISION**

13

14  WENDY WOODWARD,                      Case No. 15-cv-01273-HSG (EDL)

15              Plaintiff,               **STIPULATION AND [PROPOSED]**
                                         **ORDER TO CONTINUE**
16       vs.                            **SETTLEMENT CONFERENCE AND**
                                         **CASE MANAGEMENT CONFERENCE**
17  COUNTY OF ALAMEDA, et al.,

18              Defendants.

19

20

21

22

23

24

25

26

27

28

718666303

1

## **STIPULATION**

2     Plaintiff WENDY WOODWARD ("Plaintiff") and Defendants COUNTY OF

3 ALAMEDA, GREGORY J. AHERN, and DEPUTY MICAH BENNETT (collectively,

4 "Defendants") hereto, by and through their undersigned counsel, stipulate and agree as follows:

5     WHEREAS, Plaintiff filed her Complaint against Defendants on March 18, 2015;

6     WHEREAS, Defendants submitted an Answer to Complaint and Request for Jury Trial on

7 September 10, 2015;

8     WHEREAS, an ADR Phone Conference was held on October 21, 2015;

9     WHEREAS, an Order Vacating ENE Referral and Referring Case to Magistrate Judge for

10 Settlement was made on October 21, 2015;

11     WHEREAS, Mayer Brown LLP was appointed as counsel for Plaintiff for the purpose of

12 the Settlement Conference on November 17, 2015;

13     WHEREAS, the Settlement Conference before United States Magistrate Judge Elizabeth

14 D. Laporte is currently scheduled for December 9, 2015, at 9:30 a.m.;

15     WHEREAS, a Case Management Conference had been set for January 19, 2016 at 2:00

16 p.m.;

17     WHEREAS, in order to allow for Court-appointed Settlement Conference counsel to meet

18 with Plaintiff and for the informal exchange of information related to the action, Court-appointed

19 counsel has requested and Defendants' counsel has agreed to a continuance of the Settlement

20 Conference; and

21     WHEREAS, the parties have conferred with Magistrate Judge Laporte regarding available

22 dates for a continued Settlement Conference.

23     NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to court

24 approval, by and between the parties and their counsel of record that:

25     1.   The Settlement Conference currently scheduled on December 9, 2015 at 9:30 a.m.

26         shall be continued to January 14, 2016 at 9:30 a.m.; and

27

28

1    2.   The Case Management Conference currently scheduled for January 19, 2016 at 2:00

2         p.m. shall be continued to February 2, 2016 at 2:00 p.m.  The parties shall submit a

3         Case Management Statement on or before January 25, 2016.

4    **IT IS SO STIPULATED.**

5                                                              Respectfully submitted,

6    Dated: December 2, 2015                          MAYER BROWN LLP

7

8                                                              By: /s Dominique-Chantale Alepin
                                                                     Dominique Chantale Alepin
9

10                                                            Attorney for Plaintiff (Settlement Purposes)
                                                                WENDY WOODWARD
11

12   Dated: December 2, 2015                          OFFICE OF COUNTY COUNSEL, COUNTY
                                                                OF ALAMEDA
13

14

15                                                            By: /s Raymond L. MacKay
                                                                     Raymond L. MacKay
16
                                                                Attorney for Defendants
17                                                           COUNTY OF ALAMEDA, et al.

18

19

20                        **SIGNATURES UNDER LOCAL RULE 5-1(i)(3)**

21        Pursuant to Local Rule 5-1(i)(3) of the United States District Court, Northern District of

22   California, I, Dominique Alepin—the ECF User whose User ID and Password are used in the

23   filing of this document—hereby attest that the concurrence to the filing of this document has been

24   obtained from the other signatories to this document.

25

26

27

28

1

**[PROPOSED] ORDER**

2     The Court, having reviewed the foregoing stipulation and good cause appearing, hereby

3  APPROVES the parties' Stipulation and ORDERS as follows:

4          1.   The Settlement Conference is continued from December 9, 2015 at 9:30 a.m. to

5              January 14, 2016 at 9:30 a.m.

6          2.   The Case Management Conference currently scheduled for January 19, 2016 at

7              2:00 p.m. shall be continued to February 2, 2016 at 2:00 pm.  The parties shall

8              submit a Case Management Statement on or before January 25, 2016.

9     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

10  Dated:  12/2/2015

11

12                                      _____
                                        Hon. Haywood S. Gilliam, Jr.
13                                      United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

718666303